No. 04–6131. JONES v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6132. NOEM VETA v. DUPNIK. C. A. 9th Cir. Certiorari denied.

No. 04–6143. GRETHEN v. CIRCUIT COURT OF VIRGINIA, CITY OF SUFFOLK. Sup. Ct. Va. Certiorari denied.

No. 04–6164. ALVAREZ CASTILLO v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–6229. WISE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 04–6243. GARDNER v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. 11th Cir. Certiorari denied.

No. 04–6245. PARRIMON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6252. JARVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6256. DOOLIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–6258. PRINCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6263. GIVEN v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 04–6265. HARDIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6282. MCCOY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–6284. TOURON v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. Fed. Cir. Certiorari denied.